E. L. Watson, Plaintiff in Error, v. American Pecan Company, a Corporation, and J. D. Stringfellow, Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Alachua County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

E. G. Baxter and T. W. Fielding, for Plaintiff in Error;

W. S. Broome, for Defendants in Error.

---

A. Lee Humphreys, *et al.*, Plaintiffs in Error, v. West Yellow Pine Company, a Corporation, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Suwannee County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Humphreys & Blackwell, for Plaintiffs in Error;

J. W. McKinnon and H. E. Carter, for Defendant in Error.

---

Jarrett Lumber Corporation, a Corporation, Plaintiff in Error, v. R. M. Reese, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Jackson County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Paul Carter, for Plaintiff in Error;

Smith & Davis, for Defendant in Error.